**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | 2:03-CR-19(25) |
| | § | |
| CARL CHANCE | § | |

**MEMORANDUM ORDER**

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this court. Accordingly, it is hereby

**ORDERED** that the defendant's plea of true to all of the allegations as set forth in the government's petition be **ACCEPTED**. It is further

**ORDERED** that the defendant's supervised release be **REVOKED**. Based upon the defendant's plea of true to the allegations, the court finds the defendant violated his conditions of supervised release. It is further

**ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months, with no term of supervised release to follow such term of imprisonment.

SIGNED this 28th day of June, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE